UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTON R. MARTOS,

        Plaintiff,

-vs-                                                      Case No. 2:10-cv-246-FtM-29SPC

LEE MEMORIAL HEALTH SYSTEM,

        Defendant.

_____

## ORDER

This matter comes before the Court on Joint Motion to Permit Parties to Conduct Telephonic Case Management Conference (Doc. #10) filed on June 29, 2010. The Parties request that they be allowed to conduct the Rule 26 initial case management conference telephonically rather than in person because they are located in different cities. Pursuant to Local Rule 3.01(i), "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." Thus, the Motion is due to be granted.

Accordingly, it is now **ORDERED:**

Joint Motion to Permit Parties to Conduct Telephonic Case Management Conference (Doc. #10) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of June, 2010.

                                                                */s/ Sheri Polster Chappell*
                                                                 SHERI POLSTER CHAPPELL
                                                                 UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record